UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CASE NUMBER 17-41639
)
KELLY DIANE HINES ) CHAPTER 13
)
    Debtor. ) HONORABLE TIIARA N.A. PATTON
)

### NOTICE OF FINAL CURE PAYMENT ON RESIDENTIAL MORTGAGE

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee hereby files the within Notice that the amount required to cure the default in the claim below has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:     RUSHMORE LOAN MANAGEMENT SERVICES

Claim No.:     03-1

Amount:     $4,860.79
Last four (4) digits of any number used to identify the Debtor('s') account: 7073

### ***IMPORTANT***

Within twenty-one (21) days of service of the within Notice, creditor shall file and serve on the Debtor(s), Debtor('s') counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a statement indicating:

(1) whether it agrees that the debtor(s) has paid in full the amount required to cure the default on the claim; and,

(2) whether the debtor(s) is otherwise current on all payments consistent with § 1322 (b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3002 (f). A hearing on your response to this Notice shall not be scheduled unless a motion pursuant to Rule 3002.1(h) of the Federal Rules of Bankruptcy Procedures is requested by a party in interest. A post-petition default shall not be paid by the Chapter 13 Trustee unless an appropriate plan modification is filed by debtor.

Notwithstanding debtor's failure to pay a claim, arising post-petition pursuant to 11 U.S.C. § 1322 (b)(2) of the Bankruptcy Code, a discharge under 11 U.S.C. § 1328 may be granted debtor with respect to all other claims provided for in debtor's plan.

Dated: October 24, 2022                 Respectfully submitted:

                                                     /s/ Michael A. Gallo, Trustee
                                                     Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER 17-41639 |
| | ) | |
| KELLY DIANE HINES | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | HONORABLE TIIARA N.A. PATTON |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on October 24, 2022, a true and correct copy of the Notice of Final Cure Payment on Residential Mortgage was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Robert Ciotola, Attorney for Debtor at: rac@raciotola.com
    Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Kelly Diane Hines, 3046 Aris Street NW, Warren, OH 44485
    Rushmore Loan Management Services, P.O. Box 419094, Rancho Cordova, CA 95741-9094
    Rushmore, P.O. Box 55004, Irvine, CA 92619
    Rushmore, P.O. Box 52708, Irvine, CA 92619-2708

    /s/ MICHAEL A. GALLO, TRUSTEE
    MICHAEL A. GALLO, TRUSTEE
    5048 Belmont Avenue
    Youngstown, OH 44505
    (330) 743-1246
    Fax: (330) 746-8616